UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              CASE NO. 2:20-CR-20011-001

LEXIS NICHOLE FLORES                                            DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 40) entered in this case and accepts Defendant's plea of guilty to superseding Count 1 of the indictment.

IT IS SO ORDERED this March 30, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE